# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Hupp, Ernest Ray | § | Case No. 12-80742 FJO |
| Hupp, Roberta Euginia | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/22/2012. The undersigned trustee was appointed on 12/10/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 1,845.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 65.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 1,780.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/30/2012  and the deadline for filing governmental claims was  12/22/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 461.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 461.25 , for a total compensation of $ 461.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 36.38 , for total expenses of $ 36.38 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2014            By:        /s/Joanne B. Friedmeyer
                                       Joanne B. Friedmeyer
                                       JOANNE B. FRIEDMEYER, P.C.
                                       1427 West 86th Street, #284
                                       Indianapolis, IN 46260
                                       Phone: (317) 755-3103
                                       Fax: (317) 257-5676
                                       Email: jfriedmeyer@friedmeyerlaw.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| Case No: | 12-80742  FJO  Judge: FRANK J. OTTE | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | Hupp, Ernest Ray | Date Filed (f) or Converted (c): | 06/22/12 (f) |
| | Hupp, Roberta Euginia | 341(a) Meeting Date: | 07/25/12 |
| For Period Ending: | 03/16/14 | Claims Bar Date: | 10/30/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3402 River Camp Road, Spencer, IN | 71,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, C | 373.86 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including Gener | 950.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. 1996 GM Jimmy | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. 2012 Tax Refunds (u) | 0.00 | 0.00 | | 1,845.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $75,563.86 | $0.00 | | $1,845.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds turned over.  Successor trustee appointed. All claims have been allowed/disallowed and a final report submitted.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-80742 -FJO | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | Hupp, Ernest Ray | Bank Name: | UNION BANK |
| | Hupp, Roberta Euginia | Account Number / CD #: | *******1433  Checking - Non Interest |
| Taxpayer ID No: | *******9268 | | |
| For Period Ending: | 03/16/14 | Blanket Bond (per case limit): | $ 69,146,203.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/14 | | Joanne Friedmeyer as Trustee<br>Estate of Hupp<br>Case No 11-80742<br>1427 W. 86th St. #284<br>Indianapolis, IN 46260 | Transfer to Union Bank | 9999-000 | 1,795.00 | | 1,795.00 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,780.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,795.00 | 15.00 | 1,780.00 |
| Less:  Bank Transfers/CD's | 1,795.00 | 0.00 | |
| Subtotal | 0.00 | 15.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 15.00 | |

Page Subtotals     1,795.00     15.00

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 17.05

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-80742 -FJO | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | Hupp, Ernest Ray | | Bank Name: | UNKNOWN BANK |
| | Hupp, Roberta Euginia | | Account Number / CD #: | *******9466  Checking Account |
| Taxpayer ID No: | *******9268 | | | |
| For Period Ending: | 03/16/14 | | Blanket Bond (per case limit): | $ 69,146,203.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/16/13 | 13 | Ernest Hupp | DEPOSIT CHECK #035185 | 1224-000 | 1,845.00 | | 1,845.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,835.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,825.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,815.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,805.00 |
| 01/13/14 | | Rabobank, N.A> | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,795.00 |
| 01/13/14 | 001001 | Joanne Friedmeyer as Trustee  Estate of Hupp  Case No 11-80742  1427 W. 86th St. #284  Indianapolis, IN 46260 | | 9999-000 | | 1,795.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,845.00 | 1,845.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,795.00 | |
| Subtotal | 1,845.00 | 50.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,845.00 | 50.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1433 | 0.00 | 15.00 | 1,780.00 |
| Checking Account - ********9466 | 1,845.00 | 50.00 | 0.00 |
| | 1,845.00 | 65.00 | 1,780.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,845.00    1,845.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-80742 -FJO | Trustee Name: | Joanne B. Friedmeyer |
| --- | --- | --- | --- |
| Case Name: | Hupp, Ernest Ray | Bank Name: | UNKNOWN BANK |
| | Hupp, Roberta Euginia | Account Number / CD #: | *******9466  Checking Account |
| Taxpayer ID No: | *******9268 | | |
| For Period Ending: | 03/16/14 | Blanket Bond (per case limit): | $ 69,146,203.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Joanne B. Friedmeyer   Date: 03/16/14
JOANNE B. FRIEDMEYER

Page Subtotals   0.00   0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Ver: 17.05

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 16, 2014 |

Case Number: 12-80742  
Debtor Name: Hupp, Ernest Ray

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Midland Funding LLC c/o Recoser, LLC 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,364.55 | $0.00 | $1,364.55 |
| 000002 070 7100-00 | Midland Funding LLC c/o Recoser, LLC 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,306.65 | $0.00 | $1,306.65 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $899.59 | $0.00 | $899.59 |
| 000004 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $2,167.85 | $0.00 | $2,167.85 |
| 000005 070 7100-00 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | | $4,939.00 | $0.00 | $4,939.00 |
| 000006 070 7100-00 | Capital One NA c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $2,390.65 | $0.00 | $2,390.65 |
| 000007 070 7100-00 | IMC CREDIT SERVICES, LLC. PO BOX 20636 INDIANAPOLIS, IN 46220 | Unsecured | | $572.00 | $0.00 | $572.00 |
| 000008 080 7200-00 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $1,501.18 | $0.00 | $1,501.18 |
| | Case Totals: | | | $15,141.47 | $0.00 | $15,141.47 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80742 FJO
Case Name: Hupp, Ernest Ray
          Hupp, Roberta Euginia
Trustee Name: Joanne B. Friedmeyer

| Balance on hand | $ | 1,780.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joanne B. Friedmeyer | $ 461.25 | $ 0.00 | $ 461.25 |
| Trustee Expenses: Joanne B. Friedmeyer | $ 36.38 | $ 0.00 | $ 36.38 |

| Total to be paid for chapter 7 administrative expenses | $ | 497.63 |
| Remaining Balance | $ | 1,282.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $ 13,640.29  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.4  percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC | $ 1,364.55 | $ 0.00 | $ 128.29 |
| 000002 | Midland Funding LLC | $ 1,306.65 | $ 0.00 | $ 122.84 |
| 000003 | Capital One Bank (USA), N.A. | $ 899.59 | $ 0.00 | $ 84.57 |
| 000004 | Capital One Bank (USA), N.A. | $ 2,167.85 | $ 0.00 | $ 203.81 |
| 000005 | FIA CARD SERVICES, N.A. | $ 4,939.00 | $ 0.00 | $ 464.33 |
| 000006 | Capital One NA | $ 2,390.65 | $ 0.00 | $ 224.75 |
| 000007 | IMC CREDIT SERVICES, LLC. | $ 572.00 | $ 0.00 | $ 53.78 |

    Total to be paid to timely general unsecured creditors               $        1,282.37

    Remaining Balance                                                           $            0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 1,501.18  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

     Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000008 | Capital One, N.A. | $ 1,501.18 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE